1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3          SAN JOSE DIVISION

4

5  SCOTT JOHNSON,

          Plaintiff,

6

          v.

7

  FRED BAREZ, et al.,

8

          Defendants.

9

Case No.  5:21-cv-04015-EJD

**ORDER TO SHOW CAUSE RE SETTLEMENT**

Re: Dkt. No. 10

10      The parties, having filed a Notice of Settlement on **June 22, 2021**  (See Docket Item No.

11  10), are ordered to appear before the Honorable Edward J. Davila on **September 2, 2021 at 10:00**

12  **AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose,

13  California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule

14  of Civil Procedure 41(b).  On or before **August 23, 2021**, the parties shall file a joint statement in

15  response to the Order to Show Cause setting forth the status of settlement efforts as well as the

16  amount of additional time necessary to finalize and file a dismissal.

17      The Order to Show Cause shall be automatically vacated and the parties relieved of the

18  obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil

19  Procedure 41(a) is filed on or before **August 23, 2021.**

20      All other pretrial deadlines and hearing dates are VACATED and any pending motions are

21  TERMINATED.

22      Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss

23  the action.

24      **IT IS SO ORDERED.**

25  Dated: June 22, 2021

26                    EDWARD J. DAVILA
                    United States District Judge

27

28

Case No.: 5:21-cv-04015-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT